**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JESSIE ADAMS**                                                              **PLAINTIFF**

**v.**                                    **Case No. 3:26-cv-00055-KGB**

**SERGIO JIMENEZ**                                                      **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Jessie Adams's complaint is dismissed without prejudice.  The relief sought is denied.  The Court

certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken in this action

is considered frivolous and not in good faith.

It is so adjudged this 12th day of June, 2026.

Kristine G. Baker
Chief United States District Judge